**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

WILLIE JAMES NOBLE                                                           PETITIONER
ADC #162308

v.                                        4:25-cv-01161-JM-JJV

DEXTER PAYNE,
Director, ADC                                                               RESPONDENT

## JUDGMENT

    Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is DISMISSED.

    IT IS SO ORDERED this 4th day of March, 2026.

_____
UNITED STATES DISTRICT JUDGE